PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL KYNCY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, JORGE LUIS ROMERO, and DOES 1 through 25.<br><br>　　　　　　Defendants. | CASE NO. 2:17-cv-00476-TLN-CMK<br><br>**UNITED STATES' REQUEST TO SUBSTITUTE THE REDACTED COPY OF DOCKET #8-3 AS ATTACHED AND ORDER**<br><br>DATE: June 15, 2017<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Troy L. Nunley<br>CTRM: 2, 15 Floor |

　　The United States of America hereby requests to substitute the attached redacted copy of Docket 8-3 that it inadvertently filed without redactions.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney

Dated: May 9, 2017　　　　　　By:　*/s/ Victoria L. Boesch*
　　　　　　　　　　　　　　　　　　VICTORIA L. BOESCH
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　Attorneys for the United States

ORDER

IT IS SO ORDERED.

Dated: May 9, 2017

Troy L. Nunley
United States District Judge